[Reset Form]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Baiza et al. , <br><br> Plaintiff(s) <br><br> v. <br><br> Vital Hospitality LLC et al. , <br><br> Defendant(s) | Case No. C 1:21-cv-05417-RMI <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within  60  days.

Date: January 31, 2022

Signed: s/ Michelle Uzeta
　　　　　　　Attorney for Plaintiff(s)

Signed: s/ Jeremiah Graham
　　　　　　　Attorney for Defendant(s)

Signed: _____
　　　　　　　Attorney for Defendant(s)

[Print Form]

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*