UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Matthew Baiza, Zoraida Baiza, and Matthew Damir Baiza,**<br><br>Plaintiffs,<br><br>v.<br><br>**Vital Hospitality LLC, Keshav Khilnani** and Does 1-10, inclusive,<br><br>Defendants. | Case No. 1:21-cv-05417-RMI<br><br>**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Honorable Robert M. Illman |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).
2. All upcoming hearings and deadlines are vacated, and the action is terminated.
3. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 24, 2022

_____
Honorable Robert M. Illman
United States Magistrate Judge